IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-60755
_____

In re: JOHN RAY KIDD,

       Movant

**A True Copy**
**Certified order issued Nov 13, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of October 8, 2019.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

                          By: _____
                          Rebecca L. Leto, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2019

Mr. David Crews
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Room 369
Oxford, MS 38655

    No. 19-60755    In re: John Kidd
                    USDC No. 3:19-CV-184

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Rebecca L. Leto, Deputy Clerk
                            504-310-7703

cc w/encl:
    Mr. John Ray Kidd